UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CLEVELAND MITCHELL III,

    Petitioner,

v                                                      Case No. 4:05-cv-58

KURT JONES, Warden, and                  Hon. Wendell A. Miles
PATRICIA L. CARUSO,
Chief Administrator of the MDOC,

    Respondents.
_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 5th day of December, 2008.

                                                       /s/ Wendell A. Miles
                                                  Wendell A. Miles, Senior Judge